IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT DELAWARE

| NCR CORPORATION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| DOCUMOTION RESEARCH, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff NCR Corporation states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:
Russell Korn
Rodney Miller
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

Peter Boyle
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street NW
Washington, D.C. 20005

Dated: March 31, 2014

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
*Attorneys for Plaintiff NCR Corporation*