IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT DELAWARE

| | | |
|---|---|---|
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-395-GMS |
| | ) | |
| DOCUMOTION RESEARCH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2015, the following documents were served on the persons listed below in the manner indicated:

1. Plaintiff NCR Corporation's Subpoena to QSR Automations, Inc.

2. Plaintiff NCR Corporation's Subpoena to Nekter Juice Bar

3. Plaintiff NCR Corporation's Subpoena to Double Line Solutions, Inc.

4. Plaintiff NCR Corporation's Subpoena to Cheap Receipt Paper.com Inc.

**BY E-MAIL**
Lester J. Savit
ONE LLP
4000 Mac Arthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
(949) 502-2870
lsavit@onellp.com

| | |
|---|---|
| OF COUNSEL:<br>Christina E. Fahmy<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>607 14th Street NW<br>Washington, D.C. 20005<br><br>Matias Ferrario<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br><br>Dated: February 9, 2015 | */s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiff NCR Corporation* |