IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NCR CORPORATION and ICONEX LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 14-395-GMS |
| v. | ) ) | |
| DOCUMOTION RESEARCH, INC., | ) ) | |
| Defendant. | ) ) | |

## **<u>ORDER OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs NCR Corporation and Iconex LLC ("Plaintiffs") and Defendant Documotion Research, Inc. ("Defendant"), subject to the approval of the Court that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims against Defendant, and Defendant's counterclaims against Iconex and NCR be, and they hereby are dismissed with prejudice pursuant to an agreement of the parties. The Court shall retain jurisdiction to enforce that agreement. Neither Iconex nor NCR shall be responsible for Defendant's attorney's fees, expenses and costs and Defendant hereby dismisses any such claim against either Iconex or NCR with prejudice; nor shall Defendant be responsible for Plaintiffs' attorney's fees, expenses and costs.

| | |
|---|---|
| */s/ David M. Fry* | */s/ Philip A. Rovner* |
| John W. Shaw (No. 3362) | Philip A. Rovner (No. 3215) |
| David M. Fry (No. 5486) | Jonathan A. Choa (No. 5319) |
| Nathan R. Hoeschen (No. 6232) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | 1313 N. Market St. |
| 300 Delaware Avenue, Suite 1120 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 984-6142 |
| jshaw@shawkeller.com | provner@potteranderson.com |
| dfry@shawkeller.com | jchoa@potteranderson.com |
| nhoeschen@shawkeller.com | *Attorneys for Defendant Documotion* |
| *Attorneys for Plaintiffs NCR Corporation &* | *Research, Inc.* |
| *Iconex LLC* | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Christina E. Fahmy | Lester J. Savit |
| KILPATRICK TOWNSEND & STOCKTON LLP | ONE LLP |
| 607 14th Street NW, Suite 900 | 4000 MacArthur Blvd. |
| Washington, D.C. 20015 | East Tower, Suite 500 |
| (202) 508-5800 | Newport Beach, CA 92660 |
| | (949) 502-2870 |
| Dan Taylor | |
| Matias Ferrario | John E. Lord |
| KILPATRICK TOWNSEND & STOCKTON LLP | ONE LLP |
| 1001 West Fourth Street | 9301 Wilshire Blvd. |
| Winston-Salem, NC 27101 | Penthouse Suite |
| (336) 607-7300 | Beverly Hills, CA 90210 |
| | (310) 866-5157 |

Dated: September 2, 2016

      SO ORDERED this ___ day of _____, 2016.

                                              _____
                                              United States District Judge